

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**

FILED
AUG 1 1 2020
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

Lamar Moore #79628-053

Plaintiff,

[Insert full name of plaintiff/prisoner]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

3:20CV 144
Groh
Trumble
Sims

JURY DEMAND
YES ✓   NO ____

-against-

WARDEN Paul Adams
Complex Warden J.R. Bell
Department of JUSTICE
Bureau of Prisons

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I.  **Parties**: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

   A.  **Name of plaintiff**  Lamar Moore

   If you are incarcerated, provide the name of the facility and address:

   F.C.I. Hazelton p.o. Box 5000 Bruceton Mills, West Virginia 26525

   Prisoner ID Number: #79628-053

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Paul Adams
Full Name

Warden
Job Title

F.C.I. Hazelton p.o. Box 5000 Bruceton Mills, West Virginia 26525
Address

Defendant No. 2

J.R. Bell
Full Name

Complex Warden
Job Title

F.C.I. Hazelton p.o. Box 5000 Bruceton Mills, West Virginia 26525
Address

Defendant No. 3

_____
Full Name

_____
Job Title

_____

|  | |
|---|---|
| | Address |
| Defendant No. 4 | |
| | Full Name |
| | Job Title |
| | |
| | Address |
| Defendant No. 5 | |
| | Full Name |
| | Job Title |
| | |
| | Address |

## II. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? F.C.I Hazelton Unit N2 cell 220

When did the events happen? (include approximate time and date) March 13, 2020 June 2020 To ~~[scribbled]~~ from 7am until 8pm

Facts: (what happened?) Warden Paul Adams Restricted me and another inmate to a cell for three months time. I have Been allowed out my cell for only One and a half (1 1/2) hours a week. Also during this time I was not allowed Fresh air outside at all. I was not fed Hot Food, or the privilege to clean The cell. I have also been deprived Law Library service Privileges. I have no access to clean Laundry, regular showers, medical or psychiatric care, exercise, and I was confined to my cell for 166 1/2 hours a week. While confined at Hazelton I was Subjected to cell searches, "Shakedowns". I have been deprived all administrative Remedies. Also I have been denied Religious services for over Three months. No Running Water or toilets in the cells. F.C.I. Hazelton, BOP, is violating the administrative procedure act. Inmates and I are intentionally being discriminated against, as inmates in a institution, thats allegedly Covid-19 case free, Inmates and I are being deprived of are right to be free from cruel and unusual punishment, deprived of our life, liberty, without due process, and right to petition the Government for a redress of grievances. Forced to drink contaminated water.

**II.A. Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received? 5th, and 8th Amendment violation, and 1st Amendment violations I suffered the following injuries which form the basis of my claim: physical pain and discomfort as a result of my exposure to this kind of treatment. Lack of air quality, and excessive noise, Severe personal uncleanliness cause by lack of access to showers and or clean linen, emotional and psychological distress. In addition to those injuries I also suffered the following injuries asthma

4

Symptoms, High blood pressure, dizziness, nightmares, Cold sweats, anxiety, and my nerve shakes were bad at times. I was completely miserable. "ENVIRONMENTAL ILLNESS"

**III. Relief:** State what relief you are seeking if you prevail on your complaint.

Monetary settlement, To Be Compensated for these egregious actions.

I declare under penalty of perjury that on __8-6-2020__ (date), I delivered this complaint to prison authorities at __Hazelton F.C.I__ (name of prison) to be mailed to the United States District Court for the __NORTHERN__ District of __West Virginia__

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8-6-2020

Signature of Plaintiff

F.C.I Hazelton
Name of Prison Facility or Address if not incarcerated

P.O. Box 5000 Bruceton Mills, West Virginia 26525

Address

79628-053
Prisoner ID#

rev. 12/1/2015

5